# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0396.  JAMES R. SIMS et al. v. ALTISOURCE RESIDENTIAL, LP.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered judgment in favor of plaintiff Altisource Residential, LP, defendants James Sims and Melveta Hill-Sims appealed to the superior court. The superior court also entered judgment in favor of the plaintiff. The defendants then filed this direct appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). The defendants' failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*